NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMBERLY S. GATES,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-4727
                                      )
JAMES V. GATES,                       )
                                      )
            Appellee.                 )
_____  )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Collier
County; Elizabeth V. Krier, Judge.

Kimberly S. Gates, pro se.

Donna Marshall and Samantha Branda of
Marshall Law Office, Naples, for Appellee.


PER CURIAM.


            Affirmed.



LaROSE, MORRIS, and ATKINSON, JJ., Concur.